# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0747
Lower Tribunal No. 21-CF-016067

_____

JANAUL LEVAR GREEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

July 8, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED